Ron LOFTIN, Sr. *v.* CREWS & ASSOCIATES, INC.
and
U.S. Associates, Inc., An Arkansas Corporation
*v.* Crews & Associates, Inc.

89-111                                        771 S.W.2d 16

Supreme Court of Arkansas
Opinion delivered May 22, 1989

*Gary E. Johnson*, for appellant.

*Anderson & Kilpatrick*, by: *Overton S. Anderson*, for appellee.

ROBERT H. DUDLEY, Justice. The trial court granted a summary judgment in these consolidated cases. We affirm under Rule 9(d) of the Rules of the Supreme Court and the Court of Appeals.

Appellant did not abstract the complaints, the answers, the motions for summary judgment, the affidavits, or the order consolidating the two lawsuits and granting summary judgment.

2

The abstract is flagrantly deficient and, therefore, we affirm.